# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Document # 6

--------------------------------------------

Washington
-v-
Demaria, et al

U.S.C.A. # _____

U.S.D.C. # 08-CV-1614

JUDGE: KMW

DATE: MAY 12, 2008

--------------------------------------------

## INDEX TO THE RECORD ON APPEAL

MAY 12 2008

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------------

**DOCUMENT DESCRIPTION**                                    DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                           (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 12th Day of May, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Washington

-v-

Demaio, et al

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08 cv 1614

JUDGE: KMW

DATE: May 12, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

<u>Date Filed</u>                    <u>Document Description</u>

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 12th Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
     Deputy Clerk

APPEAL, CLOSED, MEMBER, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-01614-KMW**
**Internal Use Only**

Washington v. Demaria et al
Assigned to: Judge Kimba M. Wood
Lead case: 1:08-cv-01613-KMW
Member case: (View Member Case)
Cause: 42:1983 Civil Rights Act

Date Filed: 02/19/2008
Date Terminated: 02/19/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Johnnie Washington.(jeh) (Entered: 03/05/2008) |
| 02/19/2008 | 2 | COMPLAINT against Frank Demaria, Robert Stenrud, Johathan Gross, Lucille Davis, Marie Frawley. Document filed by Johnnie Washington.(jeh) (Entered: 03/05/2008) |
| 02/19/2008 | | Magistrate Judge Theodore H. Katz is so designated. (jeh) (Entered: 03/05/2008) |
| 02/19/2008 | 3 | ORDER OF DISMISSAL; Because the two instant actions are duplicates of each other they are hereby consolidated. The Court grants plaintiff's requests to proceed in forma pauperis, but dismisses the two actions for reasons set forth in this order. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/19/2008) (jeh) (Entered: 03/05/2008) |
| 02/19/2008 | | CONSOLIDATED MEMBER CASE: Create association to 1:08-cv-01613-KMW. (jeh) (Entered: 03/05/2008) |
| 02/19/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaints be and are hereby dismissed. 28 U.S.C. 1915(e)(2)(B)(ii)(iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/19/2008) (jeh) (Entered: 03/05/2008) |
| 05/01/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint), Judgment - Sua Sponte (Complaint). Document filed by Johnnie Washington. (tp) (Entered: 05/12/2008) |
| 05/01/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Johnnie Washington. $455.00 APPEAL FEE DUE. IFP REVOKED 2/19/08. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 05/12/2008) |
| 05/12/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 05/12/2008) |